Martin F. Casey (MFC -1415)
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
WEAR FIRST SPORTSWEAR, INC.,

        Plaintiff,

  - against -

M/V MSC MARIA PIA, et al.,

        Defendants.
-------------------------------------------------------------X

07 Civ. 4618 (LAP)

**FRCP RULE 7.1**
**DISCLOSURE STATEMENT**

NOW comes plaintiff, WEAR FIRST SPORTSWEAR, INC., and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1:

WEAR FIRST SPORTSWEAR, INC. is a privately owned company with no publicly traded parents, affiliates and/or subsidiaries.

Dated: New York, New York
       May 30, 2007

                              CASEY & BARNETT, LLC
                            Attorneys for Plaintiff

            By: _____
                         Martin F. Casey (MFC-1415)
                         317 Madison Avenue, 21st Floor
                         New York, New York 10017
                         (212) 286-0225