Presha, S.

07/17/2007  12:04   2122860261          CASEY BARRETT                    PAGE  02/03



310-07/JTN

FREEHILL, HOGAN & MAHAR LLP
Attorneys for Defendant
SAFMARINE PTY., LTD.
80 Pine Street
New York, New York 10005
(212) 425-1900
Justin T. Nastro (JN-2776)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
WEAR FIRST SPORTSWEAR, INC.,

        Plaintiff,

    against

M/V MSC MARIA PIA, her engines,
boilers, etc., SAFMARINE PTY., LTD.
and
SCM LOGISTICS SOUTH AFRICA PTY.,
LTD.

        Defendants.
----------------------------------------x

07 Civ. 4618 (LAP)

**STIPULATION EXTENDING TIME TO ANSWER**

    IT IS HEREBY STIPULATED by and between counsel for Plaintiff and Defendant SAFMARINE PTY., LTD. ("SAFMARINE") that SAFMARINE'S time to answer, move, appear or otherwise respond to the Complaint is extended up to and including August 17, 2007.

NYDOCS1/286853.1

07/17/2007 12:04   2122858251         CASEY BARRNET              PAGE 03/03

Dated: New York, New York
       July 17, 2007.

CASEY & BARNETT, LLC                FREEHILL, HOGAN & MAHAR LLP
Attorneys for Plaintiff             Attorneys for Defendant
                                    SAFMARINE PTY., LTD.

By: *[signature]*                   By: *[signature]*
Martin F. Casey (MFC-1415)          Justin T. Nastro (JN-2778)
317 Madison Avenue, 21st Floor      80 Pine Street
New York, New York 10017            New York, New York 10005
(212) 286-0225                      (212) 425-1900


SO ORDERED:

*[signature]*
U.S.D.J.

July 19, 2007