310-07/JTN

FREEHILL, HOGAN & MAHAR LLP
Attorneys for Defendant
SAFMARINE (PTY) LTD.
80 Pine Street
New York, New York 10005
(212) 425-1900
Justin T. Nastro (JN-2776)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
WEAR FIRST SPORTSWEAR, INC.,

                     Plaintiff,

            against

M/V MSC MARIA PIA, her engines,
boilers, etc., SAFMARINE PTY., LTD.
and SCM LOGISTICS SOUTH AFRICA
PTY., LTD.

                     Defendants.
-------------------------------------------------------x

07 Civ. 4618 (LAP)

**_RULE 7.1 STATEMENT_**

Defendant SAFMARINE (PTY.) LTD. ("SAFMARINE") by and through its attorneys, Freehill, Hogan & Mahar, LLP, certifies that it is not a publicly owned corporation. A.P. MOLLER MAERSK, A/S, a company publicly traded on the Copenhagen stock exchange, has an ownership interest in this party.

Dated: New York, New York
       August 17, 2007

                                        FREEHILL, HOGAN & MAHAR, LLP
                                        Attorneys for Defendant
                                        SAFMARINE (PTY) LTD.

                                        By: _____
                                        Justin T. Nastro, Esq. (JN-2776)

NYDOCS1/288630.1

80 Pine Street, 24th Floor
New York, NY 10005-1759
Telephone No: (212) 425-1900
Facsimile No: (212) 425-1901