310-07/JTN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
WEAR FIRST SPORTSWEAR, INC.,

                07 Civ. 4618 (LAP)

               Plaintiff,

      against

M/V MSC MARIA PIA, her engines,
boilers, etc., SAFMARINE PTY., LTD. and    **AFFIDAVIT OF SERVICE**
SCM LOGISTICS SOUTH AFRICA PTY.,
LTD.

               Defendants.
------------------------------------------------------------x

STATE OF NEW YORK   )
                            :ss.:
COUNTY OF NEW YORK )

     I, Martha L. Brown, after being duly sworn, depose and say that I am not a party to the within action, am over 18 years of age and have an office and place of business at 80 Pine Street, New York, New York 10005.

     On August 17, 2007, I served a copy of the within **ANSWER TO THE COMPLAINT WITH CROSS-CLAIMS** upon:

    CASEY & BARNETT, LLC
    Attorneys for Plaintiff
    317 Madison Avenue, 21st Floor
    New York, New York 10017
    Attn: Martin F. Casey, Esq. (MFC-1415)
    Telephone No: (212) 286-0225

     by depositing a true copy thereof enclosed in a postage prepaid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

                                                _____
                                                Martha L. Brown

Sworn to before me this
17th day of August, 2007.

_____
(Notary Public)

GLORIA J. REGIS HOSEIN
Notary Public, State of New York
No. 01RE6065625, Qualified in Kings County
Certificate Filed in New York County
Commission Expires October 22, 2009

NYDOCS1/282520.1