```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
WEAR FIRST SPORTSWEAR, INC.

        Plaintiff,

   - against -

M/V MSC MARIA PIA etc et al.

        Defendants.
---------------------------------------------------------X

07 Civ. 4618 (LAP)

**STIPULATION AND ORDER
OF DISCONTINUANCE**

The above-captioned matter having been settled pursuant to agreement by and between the parties,

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, attorneys for the parties herein, that the above-captioned matter be and hereby is discontinued with prejudice and without costs to any party, subject to re-opening within 30 days of the date of entry of the order in the event that the settlement is not concluded.

Dated: New York, New York
       April 2, 2008

**CASEY & BARNETT, LLC**
Attorneys for Plaintiff

By: _____
    Martin F. Casey
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225

**FREEHILL HOGAN & MAHAR, LLP**
Attorneys for Defendant Safmarine (Pty)(Ltd)

By: _____ 6/9/08
    Justin T. Nastro
80 Pine Street
New York, New York 10005
(212) 425-1900

The Clerk of the Court Shall
mark this action closed and all
pending motions denied as moot.

**SO ORDERED:**

_____
U.S.D.J.

SO ORDERED:

_____
LORETTA A. PRESKA, U.S.D.J.

June 10, 2008